# MINUTE ORDER

## Magistrate Judge Shaniek Maynard

**Alto Lee Adams, Sr., U.S .Courthouse (FTP) Courtroom 4074**      Date: 6/16/2025    Time: 10:00 a.m.

Defendant:   Francisco Francisco-Mateo      J#:   90375-511    Case #: 25-MJ-00058-MAYNARD

AUSA:  Christopher Hudock                                  Attorney: AFPD- Kafahni Nkrumah

Violation:   RESISTING, OPPOSING,IMPEDING, OR INTERFERING WITH A FEDERAL OFFICER      Surr/Arrest Date: 6/16/2025      YOB: 1987

Proceeding:  Initial Appearance                          CJA Appt:

Bond/PTD Held: ○ Yes   ○ No        Recommended Bond: Pretrial Detention

Bond Set at: Temporary Pretrial Detention                Co-signed by:

☐ Surrender and/or do not obtain passports/travel docs

☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person

☐ Random urine testing by Pretrial Services
Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☐ Maintain or seek full-time employment/education

☐ No contact with victims/witnesses, except through counsel

☐ No firearms

☐ Not to encumber property

☐ May not visit transportation establishments

☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☐ Travel extended to:

☐ Other:

Language:  Spanish

Defendant present in court.  Defendant advised of rights, charges, maximum penalties, and fines.  Defendant sworn and voir dired re: Indigency.  The Court finds the Defendant indigent.  AFPD appointed.  The Government seeks pretrial detention based on serious risk of flight and danger to the community.  The Defense requests 5 days.  The Court orders temporary pretrial detention.  Due Process Protections Act (BRADY) Order entered.

Motions:
- Def Motion to Appoint Counsel
- Gov Motion for PTD Hearing

Time from today to _____ excluded from Speedy Trial Clock

**NEXT COURT APPEARANCE**   Date:          Time:          Judge:              Place:

Report RE Counsel:

PTD/Bond Hearing: Monday, June 23, 2025  10 AM  FTP Duty

Prelim/Arraign or Removal:

Status Conference RE:

D.A.R. 10:11:43                          Time in Court: 12 Minutes

s/Shaniek Maynard                              Magistrate Judge