UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CR-14035-MAYNARD

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FRANCISCO FRANCISCO-MATEO,

    Defendant.

_____/

**ORDER GRANTING DEFENDANT'S MOTION REQUESTING PERMISSION TO FILE NOTICE OF CONVENTIONAL FILING EXHIBIT**

THIS CAUSE is before the court on the Defendant's Notice of Conventional Filing

After carefully considering the motion, it is

**ORDERED** that the Defendant's Motion Requesting Permission to File Notice of Conventional Filing Exhibit is hereby **GRANTED**.

**DONE AND ORDERED** at Fort Pierce, Florida, this 6th day of October 2025.

                                            _____
                                            HONORABLE JUDGE SHANIEK MILLS MAYNARD
                                            UNITED STATES MAGISTRATE JUDGE

cc:    Kafahni Nkrumah, AFPD
       Christopher Hudock, AUSA